## UNITED STATES BANKRUPTCY COURT

Form B 2500A(summons)(12/15)

Central District of Illinois

In Re:  David Choate Hughes II
            Debtor(s).

Bankruptcy Case Number: 25–70566

_____

Monica Kindt, Acting U.S. Trustee

          Plaintiff(s),

**Adversary Case Number: 26–07013**

v.

David Choate Hughes II

(ALL DOCUMENTS REGARDING THIS MATTER *MUST* BE IDENTIFIED BY BOTH ADVERSARY AND BANKRUPTCY CASE NUMBERS)

          Defendant(s).

_____

### SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of Clerk: | U.S. Bankruptcy Court<br>226 US Courthouse<br>600 E Monroe Street<br>Springfield, IL 62701 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney (or plaintiff if not represented by counsel).

| Name and Address of Plaintiff's Attorney (or Plaintiff if not represented by counsel): | James Anthony Salinas<br>DOJ–Ust<br>401 Main St.<br>Ste 1100<br>Peoria, IL 61602 |
|---|---|

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Adrienne D. Atkins*

Adrienne D. Atkins
Clerk, U.S. Bankruptcy Court

**Date of Issuance: 5/15/26**

Go to *www.ilcb.uscourts.gov* for information regarding this court's ***mandatory*** electronic filing policy.

**CERTIFICATE OF SERVICE**

I, <u>James A. Salinas</u> certify that service of this summons and a copy of the complaint was made <u>May 21, 2026,</u>
by:

☒ Mail service: Regular, first class United States mail, postage fully pre−paid, addressed to:

> David Choate Hughes, II
> 3309 Robbins Rd., PMB 160
> Springfield, IL 62704

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail
addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows:
[Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and
at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning
which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date:<u>May 22, 2026</u>          Signature: <u>*/S/ James A. Salinas*</u>

Print Name: <u>James A. Salinas</u> , Trial Attorney

Business Address:      <u>Office of the United States Trustee</u>

<u>401 Main Street, Ste. 1100</u>

<u>Peoria, IL 61602</u>